IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHIRLEY NEUMANN,

        Plaintiff,          JUDGMENT IN A CIVIL CASE

  v.          Case No. 11-cv-837-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Shirley Neumann against defendant Carolyn W. Colvin, Acting Commissioner of Social Security, reversing the Commissioner's decision denying plaintiff's application for Supplemental Security Income and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    __s/ A. Wiseman, Deputy Clerk__          __March 26, 2014__
    Peter Oppeneer, Clerk of Court                 Date