IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHIRLEY NEUMANN,

        Plaintiff,   JUDGMENT IN A CIVIL CASE

   v.   Case No. 11-cv-837-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Shirley Neumann attorney fees and costs in the amount of $6,600.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


      s/ A. Wiseman, Deputy Clerk          June 18, 2014
      Peter Oppeneer, Clerk of Court             Date